Form 196 – ntcadminerror

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−12207−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda M Shea
   1709 Grove Street
   Wall, NJ 07719

Social Security No.:
   xxx−xx−4158

Employer's Tax I.D. No.:

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

On 4/10/2019 a NOTICE OF ORDER DISMISSING CASE was sent out by the Court which contained an administrative error.

This notice hereby amends the notice to correct the following information:

Original incorrect information:
Order Dismissing the above captioned Case was entered on N/A.

Corrected to state:
THIS CHAPTER 13 CASE CONTINUES IN THE ORDINARY COURSE.

The amendment of this notice does not affect deadlines that have been previously set.

Dated: April 11, 2019
JAN: slf

                                                                                                                               Jeanne Naughton
                                                                                                                               Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                           Case No. 18-12207-MBK
Linda M Shea                                                                     Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                Page 1 of 1                 Date Rcvd: Apr 11, 2019
                              Form ID: 196               Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2019.
db            +Linda M Shea,    1709 Grove Street,    Wall, NJ 07719-3417
cr            +Specialized Loan Servicing LLC as servicer for ET,    McCalla Raymer Leibert Pierce, LLC,
               99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
lm            +Specialized Loan Servicing, LLC,    8742 Lucent Blv.,   St.. 300,
               Highlands Ranch, CO 80129-2386
517315590      Barclay Card,    Card Services,    P.O. Box 13337,   Philadelphia, PA 19101-3337
517362583     +ETrade Bank,   c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
517315592     +First Atlantic Credit Union,    468 Industrial Way West,    Eatontown, NJ 07724-2210
517315593     +Parkey McKay,    9000 Midlantic Drive,    Suite 300,   Mount Laurel, NJ 08054-1539
517315594     +SLS,   8742 Lucent Boulevard,    Suite 300,   Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2019 00:10:03       U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2019 00:09:59       United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517315591     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 12 2019 00:16:23       Capitol One,
               P.O. Box 6492,   Carol Stream, IL 60197-6492
517403540     +E-mail/Text: bankruptcydpt@mcmcg.com Apr 12 2019 00:09:58       Midland Funding LLC,
               PO Box 2011,   Warren, MI 48090-2011
517395726      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2019 00:15:19
               Portfolio Recovery Associates, LLC,    c/o Barclaycard,   POB 41067,   Norfolk VA 23541
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    First Atlantic Federal Credit Union
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor    E*Trade Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph Casello    on behalf of Debtor Linda M Shea jcasello@cvclaw.net, jcasello627@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    E*Trade Bank kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
               E*Trade Bank NJ_ECF_Notices@McCalla.com
              Melissa S DiCerbo    on behalf of Creditor    First Atlantic Federal Credit Union
               nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```